United States District Court
Southern District of Texas
**ENTERED**
September 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ANGEL ADALBERTO ALANIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:26-CV-100 |
| | § | |
| PABLO RAMIREZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court has reviewed the magistrate judge's Report and Recommendation regarding Angel Adalberto Alanis' petition filed pursuant to 42 U.S.C. § 1983. After having reviewed the Report and Recommendation, and after appropriate review of Petitioner's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry No. 54 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Cantu's Motion (Dkt. No. 29), Ramirez's Motion (Dkt. No. 51), and State Prosecutor's Motion (Dkt. No. 23) should be **GRANTED**; Plaintiff's Amended Complaint should be **DISMISSED**, all other pending motions (Dkt. No. 21, 42) should be **DISMISSED as moot**, and that Clerk's Office shall close said matter.

The Clerk shall send a copy of this Order to counsel for Plaintiff and counsel for Defendant.

SO ORDERED September 21, 2026, at McAllen, Texas.

Randy Crane
Randy Crane
Chief United States District Judge